ORIGINAL

FILED-USDC-NDTX-DA
'26 AUG 26 PM4:42

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

3-26CR-536-O

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| JOSEPH DALE LEWIS | |

## INDICTMENT

The Grand Jury charges:

Count One
Influencing Federal Official by Threat
(Violation of 18 U.S.C. § 115(a)(1)(B))

On or about July 30, 2026, in the Dallas Division of the Northern District of Texas, the defendant, **Joseph Dale Lewis**, did threaten to assault, kidnap, or murder The Honorable Tanya Walton Pratt, United States District Judge, with intent to impede, intimidate, or interfere with Judge Pratt while she was engaged in the performance of her official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

<u>Count Two</u>
Influencing Federal Official by Threat
(Violation of 18 U.S.C. § 115(a)(1)(B))

On or about July 30, 2026, in the Dallas Division of the Northern District of Texas, the defendant, **Joseph Dale Lewis**, did threaten to assault, kidnap, or murder The Honorable M. Kendra Klump, United Sates Magistrate Judge, with intent to impede, intimidate, or interfere with Judge Klump while she was engaged in the performance of her official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

Count Three
Influencing Federal Official by Threat
(Violation of 18 U.S.C. § 115(a)(1)(B))

On or about July 30, 2026, in the Dallas Division of the Northern District of Texas, the defendant, **Joseph Dale Lewis**, did threaten to assault, kidnap, or murder The Honorable Kellie M. Barr, United States Magistrate Judge, with intent to impede, intimidate, or interfere with Judge Barr while she was engaged in the performance of her official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

A TRUE BILL:

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

ELI STERBCOW
Assistant United States Attorney
Texas Bar No. 24121959
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8600
Fax: 214-659-8806
Email: eli.sterbcow@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

JOSEPH DALE LEWIS

---

INDICTMENT

18 U.S.C. § 115(a)(1)(B)
Influencing Federal Official by Threat
(Counts 1-3)

3 Counts

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 26 day of August, 2026.

**Defendant in Federal Custody since 08/11/2026**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:26-MJ-975-BK